# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:08cv422

| | |
|---|---|
| **NEW NGC, INC., dba NATIONAL GYPSUM COMPANY,** ) ) ) Plaintiff, ) ) vs. ) ) GEORGIA-PACIFIC GYPSUM LLC, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Applications For Admission To Practice Pro Hac Vice of attorneys Anthony Nimmo and Kregg T. Brooks. [Docs. 7 and 8].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintff's applications are **ALLOWED**, and Anthony Nimmo and Kregg T. Brooks are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 9, 2008

Martin Reidinger
United States District Judge