IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:08cv422

| | |
|---|---|
| **NEW NGC, INC., dba NATIONAL GYPSUM COMPANY,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **O R D E R**<br>) |
| **GEORGIA-PACIFIC GYPSUM LLC,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Georgia-Pacific Gypsum LLC's Motion to Dismiss [Doc. 4].

For the reasons stated in the motion, and in light of the Plaintiff's agreement [Doc. 10] that Counts I-IV of this action should be dismissed, **IT IS, THEREFORE, ORDERED** that Georgia-Pacific Gypsum LLC's Motion to Dismiss [Doc. 4] is **GRANTED**, and the Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Signed: October 10, 2008

Martin Reidinger
United States District Judge