IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:08cv422

| | |
|---|---|
| NEW NGC, INC., dba NATIONAL GYPSUM COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> GEORGIA-PACIFIC GYPSUM LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

## J U D G M E N T

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss is **ALLOWED**, and **JUDGMENT** is hereby entered in favor of the Defendant and against the Plaintiff.

**IT IS SO ORDERED**.

Signed: October 10, 2008

Martin Reidinger
United States District Judge